# PD-0780&0781-15

NO. _____

|   |   |   |
|---|---|---|
| | § | IN THE COURT OF |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

**PRO SE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

1.    The style and number of this case in the Court of Appeals, is: *Joseph Guerra* v. *The State of Texas*, Appeal No. _05-14-00087_ -CR.   05-14-00086  -CR

2.    The style and number of the case in the trial court is: *The State of Texas v. Joseph Guerra* ; Cause No. 219-82353-2012 219-81886-2013; from the _219th_ District Court of ~~Dallas~~ Collin County, Texas.

3.    The Appellant was convicted of the felony offense of [ *Aggravated Assault, Aggravated Kidnapping* ]

4.    Judgment was entered on _January 11th, 2014_ and punishment was assessed at _60_ years confinement and a fine in the amount of _$ 10,000.00_ .

5.    The conviction was affirmed in the Court of Appeals on _June 10th, 2015_ .

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 1**

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is _Jul, 10th 2015_.

7. An extension of time for a period of sixty (60) days is requested that would make the due date _September 9th, 2015_.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to _September 9th, 2015_.

**Respectfully submitted,**

_Joseph Guerra_
[Name] Joseph Guerra #1909129
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing

Motion has been mailed to the Office of the Criminal District Attorney for _Collin_ County,

, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney,

_____ , on the _21_ day of _June_ , 20_15_.

_____
[Name] Joseph Guerra

Joseph Guerra #1909129
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601